

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

STEVEN KINFORD,

    Plaintiff,

v.

ROMEO ARANAS, *et al.*,

    Defendants.

Case No. 3:17-cv-00252-MMD-VPC

ORDER

## I. DISCUSSION

In its June 12, 2018 Screening Order, the Court ordered Plaintiff to file his second amended complaint within 30 days of the date of that order. (ECF No. 7 at 15). The second amended complaint is due on July 13, 2018. The Court also advised Plaintiff that, if he did not file the second amended complaint by that deadline, the action would be dismissed with prejudice for failure to state a claim. (*Id.*) Plaintiff has filed a motion for an extension of time seeking an additional 60 days to file his second amended complaint. (ECF No. 9). The Court grants the motion. Plaintiff shall file his amended complaint on or before September 13, 2018.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 9) is granted. Plaintiff shall file his amended complaint on or before September 13, 2018.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by September 13, 2018, this action shall be dismissed with prejudice for failure to state a claim.

DATED THIS 22nd day of June 2018

_____
UNITED STATES MAGISTRATE JUDGE

2