# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN KINFORD,

    Plaintiff,

vs.

ROMEO ARANAS, et al.,

    Defendants.

Case No3:17-cv-00252-MMD-CBC

ORDER RE:
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Steven Kinford, appearing *pro se*, and Defendant, Elizabeth Lineal, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 24 day of July, 2019.  DATED this 29th day of July, 2019.

AARON D. FORD
Attorney General

By: _____ 7-24-19   By: _____
STEVEN KINFORD                  DOUGLAS R. RANDS
*Plaintiff, Pro Se*             Senior Deputy Attorney General
                                *Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: 7/31/2019

2